JS-6
Entered

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYVON MARCUS CANADA,<br><br>    Petitioner,<br><br>vs.<br><br>F. FOULK,<br><br>    Respondent. | Case No. CV 14-1246-BRO (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: October 1, 2014

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE